19503. BULMAN *et al.* v. KING, Ordinary, *et al.*

HEAD, Justice. 1. "The sworn statement contained in the motion to dismiss, not being denied or otherwise responded to, will be taken as true." *Jones* v. *Jones*, 207 *Ga.* 698 (63 S. E. 2d 895). The only question and subject matter of the cause having become moot by the actual holding of the election, a reversal of the judgment sustaining the general demurrers to the amended petition would be ineffectual, and the motion to dismiss the writ of error must be sustained. *Smith* v. *Jeffries*, 188 *Ga.* 649 (4 S. E. 2d 637); *Abernathy* v. *Dorsey*, 189 *Ga.* 72 (5 S. E. 2d 39); *Brockett* v. *Maxwell*, 200 *Ga.* 38 (35 S. E. 2d 906); *Davison* v. *City*

*of Summerville,* 204 *Ga.* 748 (51 S. E. 2d 820); *Rentz* v. *Moody,* 204 *Ga.* 784 (51 S. E. 2d 838); *Cravey* v. *Bankers Life &c. Co.,* 209 *Ga.* 273 (71 S. E. 2d 659); *Fountain* v. *Grant,* 211 *Ga.* 62 (84 S. E. 2d 61).

*Writ of error dismissed. All the Justices concur.*

SUBMITTED OCTOBER 8, 1956—DECIDED OCTOBER 22, 1956.

*Bobby Lee Cook, Maddox & Maddox,* for plaintiff in error.

*Jesse M. Sellers, Jesse M. Sellers, Jr., F. H. Boney, Archibald A. Farrar,* contra.